

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Marcos Herrera, DEFENDANT(S). | CASE NUMBER 8:18-MJ-00213 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __May 1__, __2018__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Karen E. Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/27/18__                   __Karen E. Scott__
                                     U.S. District Judge/Magistrate Judge